**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**SHAWN TRENCH,**

        **Plaintiff,**

**v.**                                  **CASE NO. 5:13-cv-42-RS-CJK**

**MARY TRENCH,**

        **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). No objections have been filed.

**IT IS ORDERED:**

1.      The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.      Plaintiff's Motion to Dismiss Without Prejudice (Doc. 5) is construed as a notice of voluntary dismissal.

3.      This action is **DISMISSED without prejudice** under Fed. R. Civ. P. 41(a)(1)(A)(i).

3.      The Clerk is directed to close the file.

**ORDERED** on March 15, 2013.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**